1  Craig C. Corbitt (CA State Bar No. 83251)
   Judith A. Zahid (CA State Bar No. 215418)
2  Matthew R. Schultz (CA State Bar No. 220641)
   ZELLE, HOFMANN, VOELBEL,
3    MASON & GETTE LLP
   44 Montgomery Street, Suite 3400
4  San Francisco, California  94104
   Telephone: (415) 693-0700
5  Facsimile:  (415) 693-0770

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 MIKE'S MEDICAL CENTER PHARMACY  )   Case No. CV-05-05108 MMC
   and DANIEL P. DONOVAN, INC. d/b/a WEST)
12 MARIN PHARMACY, individually and on  )
   behalf of themselves and all others similarly )
13 situated,                         )
                                     )
                                     )   **STIPULATION AND [PROPOSED]**
14         Plaintiffs,                )   **ORDER PURSUANT TO N.D. CAL. L.R. 6-**
                                     )   **1(B) AND 7-12 EXTENDING LAST DAY**
15    vs.                            )   **TO FILE JOINT ADR CERTIFICATION**
                                     )   **AND ADR STIPULATION / NOTICE.**
16 MEDCO HEALTH SOLUTIONS, INC.; PAID )
   PRESCRIPTIONS, L.L.C.; and MERCK &  )
17 CO., INC.,                        )
                                     )
18         Defendants.                )
                                     )
19                                   )
                                     )
20

21

22

23

24

25

26

27

28

                                   1

1 | Pursuant to Rules 6-1(b) and 7-12 of the Northern District of California Civil Local Rules, Plaintiffs and Defendants hereby stipulate to extend the last day to file the Joint ADR Certification with Stipulation To ADR Process or Notice Of Need for ADR Phone Conference from Monday, March 27, 2006 to Monday, April 3, 2006.

Respectfully submitted,

Dated:   March 27, 2006

ZELLE, HOFMANN, VOELBEL,
  MASON & GETTE LLP
Craig C. Corbitt
Judith A. Zahid
Matthew R. Schultz


By:   /s/ Craig C. Corbitt
         Craig C. Corbitt

44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
Attorneys for Plaintiffs


Dated:   March 27, 2006

SHERMAN & STERLING LLP
James P. Tallon
Bruce B. Kelson


By:   /s/ *[1]
         Bruce B. Kelson

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (415) 616-1100
Facsimile: (415) 616-1199
Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   March 28, 2006      By:   *[signature: Maxine M. Chesney]*
                                                 The Honorable Maxine M. Chesney
                                                 United States District Court

---

[1] The filer attests that concurrence in the filing of this Stipulation has been obtained from this signatory.  See N.D. Local Rules Gen. Order 45.

2