IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S MEDICAL CENTER PHARMACY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MEDCO HEALTH SOLUTIONS, INC., et al.,<br><br>  Defendants<br>_____/ | No. C-05-5108 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' Joint Initial Case Management Statement, filed April 14, 2006, in which defendants indicate their support of, and plaintiffs state their non-opposition to, a motion pending before the Judicial Panel on Multidistrict Litigation ("MDL panel") to transfer the instant action.[1]  The parties indicate that, in light of the pending motion before the MDL panel, it is not necessary for the Court to set any pretrial dates.

    Good cause appearing, the Court hereby CONTINUES the case management conference to July 7, 2006.  A joint case management conference statement shall be filed no later than June 30, 2006.  If, however, as of June 30, 2006, the motion before the MDL

---

[1] On April 14, 2006, the Court received a courtesy copy of the motion to transfer, filed with the MDL panel on April 13, 2006.  The motion was filed by plaintiffs in Brady Enterprises, Inc. v. Medco Health Solutions, Inc., No. 03-04730 (E.D. Pa.).

panel remains pending, the parties may instead file a joint request and proposed order to continue the case management conference.

**IT IS SO ORDERED.**

Dated: April 17, 2006

_____
MAXINE M. CHESNEY
United States District Judge