Craig C. Corbitt (CA State Bar No. 83251)
Judith A. Zahid (CA State Bar No. 215418)
Matthew R. Schultz (CA State Bar No. 220641)
ZELLE, HOFMANN, VOELBEL,
 MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE'S MEDICAL CENTER PHARMACY and DANIEL P. DONOVAN, INC. d/b/a WEST MARIN PHARMACY, individually and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>MEDCO HEALTH SOLUTIONS, INC.; PAID PRESCRIPTIONS, L.L.C.; and MERCK & CO., INC.,<br><br>                    Defendants. | Case No. CV-05-05108 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

        Before the Court is the parties' Request To Continue The Case Management

Conference, filed June 30, 2006,  in which the parties have jointly requested a continuance of

the case management conference on the grounds that the motion to transfer filed April 13,

2006 by plaintiffs in <u>Brady Enterprises, Inc. v. Medco Health Solutions, Inc.</u>, No. 03-04730

(E.D. Pa.) (hereinafter, "MDL Transfer Motion") remains pending before the Judicial Panel

on Multidistrict Litigation ("MDL panel").

        Good cause appearing, the Court hereby CONTINUES the case management

conference to September 29, 2006.[1]  A joint case management conference statement shall be

---

[1] The parties' requested date of September 22, 2006 is not available.

1  filed no later than September 22, 2006.  If, however, as of September 22, 2006, the motion

2  before the MDL panel remains pending, the parties may instead file a joint request and

3  proposed order to continue the case management conference.

4       **IT IS SO ORDERED.**

5

6  Dated:   July 5, 2006

7

8      Maxine M. Chesney
       United States District Judge